Chase Harding, appellee, v. Allith-Prouty Company, appellant. Gen. No. 7,729.

Action upon trade acceptance. Judgment for plaintiff. Appeal from the Circuit Court of Vermilion county; the Hon. John H. Marshall, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed June 10, 1924.

Gunn, Penwell & Lindley, for appellant. Acton, Acton & Snyder, for appellee.

Mr. Justice Heard delivered the opinion of the court.

E. S. Lyons, appellant, v. Peoples Bank, Inc., of Lexington, Illinois, appellee. Gen. No. 7,747.

Trial of right to property. Judgment for defendant. Appeal from the County Court of McLean county; the Hon. William C. Radliff, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed June 10, 1924.

William R. Bach and A. M. Hester, for appellant. Oglevee & Franklin, for appellee.

Mr. Justice Heard delivered the opinion of the court.

W. F. Binder, appellee, v. Amos Van Hook, appellant. Gen. No. 7,752.

Action on case for damages. Judgment for plaintiff. Appeal from the Circuit Court of Logan county; the Hon. Frank Lindley, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed June 10, 1924.

Templeman & Templeman and McCormick & Murphy, for appellant. Miller & Miller, Homer B. Harris and Harold F. Trapp, for appellee.

Mr. Justice Heard delivered the opinion of the court.

James S. McRoberts, appellee, v. The Combination Fountain Company, appellant. Gen. No. 7,754.

Action to rescind contract and recover moneys advanced on fraudulent misrepresentations. Judgment for plaintiff. Appeal from the Circuit Court of Macon county; the Hon. James S. Baldwin, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed June 10, 1924.

Vail, Pogue & Allen, for appellant. Wiley & Morey, for appellee.

Mr. Justice Heard delivered the opinion of the court.